| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____Eastern_____ District of _____Arkansas_____
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

WHITEHALL PHARMACY LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

DOCTOR'S ORDERS PHARMACY, DOCTOR'S ORDERS PHARMACY#2
DOCTOR'S ORDERS PHARMACY #3, DOCTOR'S ORDERS PHARMACY #4, DOCTOR'S ORDERS PHARMACY #5
DOCTOR'S ORDERS PHARMACY #6, DOCTOR'S ORDERS PHARMACY - PINE BLUFF
DOCTOR'S ORDERS PHARMACY - STAR CITY, DOCTOR'S ORDERS PHARMACY- WHITE HALL

**3. Debtor's federal Employer Identification Number (EIN)**

2  6  –  4  1  7  6  3  2  4

**4. Debtor's address**

Principal place of business

205 E. 2nd Avenue
Number     Street

Pine Bluff, Arkansas 71601
City          State     ZIP Code

Jefferson
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City          State     ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City          State     ZIP Code

**5. Debtor's website** (URL)

www.doctorsorderspharmacy.com

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4461 ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
  - District _____ MM / DD / YYYY When _____ Case number _____
  - MM / DD / YYYY

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. | Debtor _____  Relationship _____<br><br>District _____  When _____<br> MM / DD / YYYY<br>Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | Check all that apply:<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br><br>Where is the property? _____<br> Number        Street<br><br> _____<br><br> _____<br> City                    State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br><br> Contact name _____<br><br> Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br><br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| Debtor | WHITEHALL PHARMACY LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 21 / 2025
           MM  / DD / YYYY

✗ _____     Floyd Lelan Stice
   Signature of authorized representative of debtor     Printed name

Title  Sole Owner

**18. Signature of attorney**

✗ _____     Date  07 / 21 / 2025
   Signature of attorney for debtor                 MM  / DD / YYYY

Charles Darwin Davidson, Sr.
Printed name
Davidson Law Firm
Firm name
724 Garland Street
Number      Street
Little Rock                  Arkansas  72201
City                        State     ZIP Code
501-374-9977               skipd@dlf-ar.com
Contact phone                Email address

73026                  Arkansas
Bar number               State

**Fill in this information to identify the case:**

Debtor name  WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the:  Eastern                District of  Arkansas
                                                                         (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (If known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 8,986,066.70 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 18,652,555.40 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 18,073,135.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | Interest income, rebates, other non-operating income | $ 209,142.79 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to | 12/25/2024<br>MM / DD / YYYY | Interest income, rebates, other non-operating income | $ 396,246.57 |
| For the year before that: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ _____ |

| Debtor | WHITEHALL PHARMACY LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit 1 Attached | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                State        ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                State        ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit 2 Attached | | $ 469,875.00 | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor  WHITEHALL PHARMACY LLC                           Case number (if known)_____
        Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City            State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jefferson Hospital Assoc Inc. v. Whitehall Pharmacy | Breach of Contract | Jefferson County Circuit Court <br> Name <br> Street <br> 100 Barraque <br> Pine Bluff, Arkansas 71601 <br> City    State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 35CV-23-357 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** <br> Name <br> Street <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page 3

| Debtor | WHITEHALL PHARMACY LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State          ZIP Code | | |
| | Date of order or assignment | City          State          ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** See Exhibit 3 Attached | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor    <u>WHITEHALL PHARMACY LLC</u>        Case number *(if known)* _____
        <sub>Name</sub>

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Davidson Law Firm | | 7/14/2025 | $ 50,000.00 |
| | **Address** | | | |
| | 724 Garland Street | | | |
| | <sub>Street</sub> | | | |
| | Little Rock, AR 72201 | | | |
| | <sub>City    State    ZIP Code</sub> | | | |
| | **Email or website address** | | | |
| | skipd@dlf-ar.com | | | |
| | **Who made the payment, If not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | <sub>Street</sub> | | | |
| | <sub>City    State    ZIP Code</sub> | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor   WHITEHALL PHARMACY LLC
         _____          Case number (if known)_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property —by sale, trade, or any other means —made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.   _____   _____   _____   $_____

Address   _____

Street   _____

City          State      ZIP Code

Relationship to debtor

_____

Who received transfer?   _____   _____   $_____

13.2.   _____   _____

Address   _____

Street   _____

City          State      ZIP Code

Relationship to debtor

_____

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.   _____   From _____ To _____
Street   _____

City          State      ZIP Code

14.2.   _____   From _____ To _____
Street   _____

City          State      ZIP Code

Debtor   **WHITEHALL PHARMACY LLC**                                    Case number (if known)_____
_____
Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Doctor's Orders Pharmacy - Main Location** <br> Facility name <br><br> 205 E. 2nd Avenue <br> Street <br><br> Pine Bluff, Arkansas 71601 <br> City    State    ZIP Code | Retail pharmacy services providing prescription medications to patients as directed by licensed medical providers. Services include dispensing, medication counseling, and compliance packaging. No inpatient or outpatient medical care, diagnosis, or drug treatment services are provided onsite. <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> All patient data is stored in PioneerRx at each location and paper copies of prescriptions are stored for approximately 1 year before they are moved to our main office at 205 E. 2nd Ave Pine Bluff 71601 for storage until their destruction date as prescribed by law. | N/A <br><br><br><br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☒ Electronically <br> ☒ Paper |

** This Section Applies to All Doctor's Orders Pharmacy Locations - See List of Locations Attached as Exhibit 5

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. <br> Facility name <br><br> Street <br><br> City    State    ZIP Code | <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. ___ Whitehall Pharmacy LLC collects and retains personally identifiable information (PII) of customers, including full name, date of birth, address and contact information, insurance and payment details, prescription history, medication profiles, treating physician information, health plan identification numbers,

Does the debtor have a privacy policy about that information? and other health-related data necessary to fill and manage prescriptions in compliance with applicable laws.

☐ No   Whitehall Pharmacy LLC maintains a privacy policy consistent with the Health Insurance Portability and Accountability Act (HIPAA)
☒ Yes  and applicable federal and state privacy laws. The policy outlines procedures for safeguarding patient information, e mployee access restrictions, and security measures for electronic data.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                                     Employer identification number of the plan

_____     EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☒ No
☐ Yes

---

Debtor     WHITEHALL PHARMACY LLC               Case number (if known) _____
           Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  <br>Name _____ <br>Street _____ <br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br>☐ Savings <br>☐ Money market <br>☐ Brokerage <br>☐ Other_____ | _____ | $_____ |
| 18.2.  <br>Name _____ <br>Street _____ <br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br>☐ Savings <br>☐ Money market <br>☐ Brokerage <br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br>Street _____ <br>City    State    ZIP Code | _____ <br>_____ <br>**Address** _____ <br>_____ | _____ <br>_____ | ☐ No <br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br>Street _____ <br>City    State    ZIP Code | _____ <br>_____ <br>**Address** _____ <br>_____ | _____ <br>_____ | ☐ No <br>☐ Yes |

Debtor   WHITEHALL PHARMACY LLC _____   Case number (if known) _____
         Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| City        State        ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

◼ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

◼ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

◼ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name _____ | | ☐ On appeal |
| | Street _____ | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor   WHITEHALL PHARMACY LLC                                    Case number (if known)_____
         Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City        State    ZIP Code | | From _____  To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
| | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City        State    ZIP Code | | From _____  To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
| | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City        State    ZIP Code | | From _____  To _____ |

---

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|---|---|---|
| | Name | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Sykes & Co. | From 01/01/2024 To Current |
| | Name | |
| | 01 East Church Street, 3rd Floor; PO Box 1050 | |
| | Street | |
| | Edenton, NC, 27932 | |
| | City            State            ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Lee Hardin | From 01/01/2023 To 12/31/2023 |
| | Name | |
| | 3000 S Olive St | |
| | Street | |
| | Pine Bluff, Arkansas 71601 | |
| | City            State            ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ To _____ |
| | Name | |
| | Street | |
| | City            State            ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ To _____ |
| | Name | |
| | Street | |
| | City            State            ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Sykes & Co. | |
| | Name | |
| | 01 East Church Street, 3rd Floor; PO Box 1050 | |
| | Street | |
| | Edenton, NC, 27932 | |
| | City            State            ZIP Code | |

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| ✗ 26c.2. | Davidson Law Firm | |
| | Name | |
| | 724 Garland Street | |
| | Street | |
| | Little Rock, AR 72201 | |
| | City                State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | See Exhibit 6 Attached |
|---|---|
| | Name |
| | Street |
| | City                State          ZIP Code |

**Name and address**

| 26d.2. | |
|---|---|
| | Name |
| | Street |
| | City                State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

| 27.1. | |
|---|---|
| | Name |
| | Street |
| | City                State          ZIP Code |

Debtor    WHITEHALL PHARMACY LLC                                                    Case number (if known)_____
          _____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                                    State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Floyd Lelan Stice | 300 E 3rd St., Apt 802, Little Rock, AR 72201 | Sole Owner | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Floyd Lelan Stice | See Exhibit 2 Attached | _____ | _____ |
| Name | | | |
| 300 E 3rd St., Apt 802, | | _____ | |
| Street | | | |
| Little Rock, AR 72201 | | _____ | |
| City                 State        ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| Sole Owner | | | |

Debtor    WHITEHALL PHARMACY LLC                                    Case number (if known)_____
_____
          Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | City                    State            ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07 / 21 / 2025
              MM / DD / YYYY

✗ _____     Printed name   Floyd Lelan Stice
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Sole Owner

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

**EXHIBIT 1**
**SOFA Part 2: No. 3**
**Whitehall Pharmacy LLC**

| Creditor Name and Address | Date | Reason for Payment | Amount |
|---|---|---|---|
| **American Express** | | | |
| PO Box 6031, Carol Stream IL 60197 | 05/12/2025 | Credit Card | -15,000.00 |
| | 05/16/2025 | | -15,000.00 |
| | 05/20/2025 | | -15,000.00 |
| | 06/06/2025 | | -10,000.00 |
| | 06/06/2025 | | -10,000.00 |
| | 06/20/2025 | | -12,684.18 |
| | 06/26/2025 | | -10,003.00 |
| | 07/14/2025 | | -40,000.00 |
| | | | **-$127,687.18** |
| | | | |
| **Associated Pharmacies, Inc** | | | |
| 5375 Mineral Wells Rd, Memphis, TN 38141 | 04/25/2025 | Supplier/Vendor | -14,893.30 |
| | 05/05/2025 | | -14,755.51 |
| | 05/05/2025 | | -12,508.71 |
| | 05/08/2025 | | -14,170.12 |
| | 05/19/2025 | | -8,781.61 |
| | 05/22/2025 | | -14,451.22 |
| | 05/29/2025 | | -10,964.49 |
| | 06/02/2025 | | -9,932.20 |
| | 06/02/2025 | | -9,298.78 |
| | 06/09/2025 | | -10,548.75 |
| | 06/23/2025 | | -14,369.92 |
| | 06/23/2025 | | -14,888.66 |
| | 07/07/2025 | | -12,725.29 |
| | 07/10/2025 | | -14,923.87 |
| | | | **-$177,212.43** |
| | | | |
| **Auto-Owners Insurance** | | Insurance | |
| 6101 Anacapri Blvd, Lansing, MI 48917 | 04/22/2025 | | -8,642.97 |
| | | | **-$8,642.97** |
| | | | |
| **Cardinal Health** | | Supplier/Vendor | |
| 215 Markham Center Drive, Little Rock, AR 72201 | 04/22/2025 | | -47,824.70 |
| | 04/24/2025 | | -29,576.44 |
| | 04/24/2025 | | -31,844.94 |
| | 04/24/2025 | | -11,181.95 |
| | 04/28/2025 | | -53,752.30 |
| | 04/29/2025 | | -30,459.45 |
| | 05/01/2025 | | -55,994.50 |
| | 05/05/2025 | | -46,535.75 |
| | 05/06/2025 | | -63,274.74 |
| | 05/08/2025 | | -32,839.47 |
| | 05/09/2025 | | -30,050.76 |
| | 05/13/2025 | | -57,205.02 |
| | 05/13/2025 | | -17,583.85 |
| | 05/13/2025 | | -72,894.88 |
| | 05/14/2025 | | -18,876.44 |
| | 05/14/2025 | | -9,051.72 |
| | 05/14/2025 | | -27,825.15 |
| | 05/16/2025 | | -13,457.64 |
| | 05/16/2025 | | -14,957.63 |
| | 05/16/2025 | | -42,593.64 |
| | 05/16/2025 | | -39,312.42 |
| | 05/19/2025 | | -31,410.51 |
| | 05/21/2025 | | -53,781.91 |
| | 05/21/2025 | | -54,714.56 |
| | 05/22/2025 | | -15,475.63 |

| | |
|---|---|
| 05/27/2025 | -37,678.19 |
| 05/27/2025 | -26,763.79 |
| 05/27/2025 | -31,060.07 |
| 05/27/2025 | -11,138.73 |
| 05/27/2025 | -10,958.95 |
| 05/28/2025 | -19,595.73 |
| 05/28/2025 | -20,149.63 |
| 05/28/2025 | -10,394.77 |
| 05/30/2025 | -12,186.61 |
| 05/30/2025 | -10,418.40 |
| 05/30/2025 | -27,501.27 |
| 06/03/2025 | -10,952.22 |
| 06/03/2025 | -11,868.55 |
| 06/03/2025 | -32,580.07 |
| 06/03/2025 | -23,302.95 |
| 06/03/2025 | -8,787.97 |
| 06/04/2025 | -51,572.50 |
| 06/04/2025 | -15,393.47 |
| 06/05/2025 | -36,459.61 |
| 06/05/2025 | -10,840.93 |
| 06/09/2025 | -33,150.11 |
| 06/10/2025 | -41,723.49 |
| 06/10/2025 | -33,072.95 |
| 06/11/2025 | -10,541.16 |
| 06/11/2025 | -47,090.15 |
| 06/12/2025 | -46,899.11 |
| 06/13/2025 | -42,794.20 |
| 06/13/2025 | -23,765.27 |
| 06/16/2025 | -41,035.42 |
| 06/18/2025 | -59,830.85 |
| 06/18/2025 | -12,647.91 |
| 06/18/2025 | -13,659.42 |
| 06/20/2025 | -16,595.07 |
| 06/23/2025 | -21,686.45 |
| 06/23/2025 | -52,381.83 |
| 06/24/2025 | -8,586.50 |
| 06/24/2025 | -14,838.21 |
| 06/24/2025 | -9,177.21 |
| 06/24/2025 | -9,319.43 |
| 06/24/2025 | -19,793.79 |
| 06/25/2025 | -18,199.91 |
| 06/25/2025 | -27,616.80 |
| 06/27/2025 | -10,087.41 |
| 06/27/2025 | -49,051.90 |
| 07/01/2025 | -40,281.90 |
| 07/01/2025 | -23,127.37 |
| 07/02/2025 | -13,583.11 |
| 07/02/2025 | -11,606.36 |
| 07/03/2025 | -12,026.81 |
| 07/03/2025 | -33,117.89 |
| 07/07/2025 | -32,622.19 |
| 07/07/2025 | -19,239.70 |
| 07/08/2025 | -21,778.47 |
| 07/08/2025 | -20,549.89 |
| 07/08/2025 | -46,046.74 |
| 07/09/2025 | -27,612.50 |
| 07/10/2025 | -77,847.58 |
| 07/11/2025 | -14,288.36 |
| 07/14/2025 | -59,275.10 |
| 07/15/2025 | -41,795.36 |
| 07/16/2025 | -9,474.42 |
| 07/17/2025 | -17,447.63 |
| 07/17/2025 | -52,367.98 |
| 07/17/2025 | -10,039.53 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | -$2,569,753.85 |
| **MedImpact - 340B Holdings, LLC** |  | Services |  |
| 10181 Scripps Gateway Court, San Diego, CA 92131 | 05/01/2025 |  | -150,000.00 |
|  |  |  | **-$150,000.00** |
| **Netchex** |  | Payroll Services |  |
| 155 Highway 190 East Service Rd, Suite 2, Covington, Louisiana 70433 | 05/01/2025 |  | -29,533.89 |
|  | 05/16/2025 |  | -28,153.11 |
|  | 05/30/2025 |  | -27,014.53 |
|  | 05/30/2025 |  | -69,812.39 |
|  | 06/13/2025 |  | -30,248.20 |
|  | 07/01/2025 |  | -32,448.78 |
|  | 07/14/2025 |  | -77,574.03 |
|  | 07/14/2025 |  | -29,762.93 |
|  |  |  | **-$324,547.86** |
| **PDMI** |  |  |  |
| 8530 Crossroads Dr, Youngstown, OH 44514 | 06/17/2025 |  | -11,388.06 |
|  |  |  | **-$11,388.06** |
| **Pharmacist Buyer Association** |  | Supplies/Vendor |  |
| 6300 Enterprise Road, Kansas City, MO, 64120-1336 | 04/30/2025 |  | -9,445.98 |
|  | 05/01/2025 |  | -9,931.03 |
|  | 05/14/2025 |  | -9,921.95 |
|  | 05/28/2025 |  | -9,850.85 |
|  | 06/04/2025 |  | -9,803.89 |
|  | 06/04/2025 |  | -9,672.88 |
|  | 06/18/2025 |  | -9,236.81 |
|  | 07/02/2025 |  | -9,930.23 |
|  | 07/09/2025 |  | -9,813.83 |
|  |  |  | **-$87,607.45** |
| **Pharmacy Plus Programs** |  | Services |  |
| 116 N. Main St., White Hall, IL 62092-1054 | 05/06/2025 |  | -17,000.00 |
|  | 06/06/2025 |  | -16,000.00 |
|  |  |  | **-$33,000.00** |
| **Pharma Force** |  | Services |  |
| 6610 New Albany Road East, New Albany, OH 43054 | 06/02/2025 |  | -9,540.75 |
|  | 06/02/2025 |  | -8,741.26 |
|  |  |  | **-$18,282.01** |
| **PPGMR Law PLLC** |  | Legal Services - Jefferson County |  |
| 201 E Markham St Suite 200, Little Rock, AR 72201 | 07/10/2025 |  | -10,000.00 |
|  |  |  | **-$10,000.00** |
| **Relyance Bank** |  | Secured Debt |  |
| 8500 Sheridan Rd. White Hall, AR 71602 | 04/30/2025 |  | -17,000.00 |
|  | 05/14/2025 |  | -18,000.00 |
|  | 05/29/2025 |  | -19,000.00 |
|  | 06/12/2025 |  | -17,000.00 |
|  | 06/27/2025 |  | -18,000.00 |
|  |  |  | **-$89,000.00** |
| **Town And Country** |  | Generator |  |
| 5900 Dollarway Rd, White Hall, AR 71602 | 04/23/2025 |  | -13,146.00 |
|  |  |  | **-$13,146.00** |
| **S&W Payroll** |  | Payroll Services |  |
| 155 Highway 190 East Service Rd, Suite 2, Covington, Louisiana 70433 | 04/29/2025 |  | -76,501.24 |
|  | 05/13/2025 |  | -72,195.25 |
|  | 06/12/2025 |  | -75,103.15 |
|  | 06/27/2025 |  | -82,544.45 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | -$306,344.09 |
| **TopRx** |  | Supplier/Vendor |  |
| 2950 Brother Blvd Suite #102, Memphis, TN 38133 | 07/17/2025 |  | -10,109.27 |
|  |  |  | **-$10,109.27** |
| **Davidson Law Firm** | 7/14/2025 | Legal Services - Bankruptcy | -50,000.00 |
| 724 Garland Street, Little Rock, AR 72201 |  |  | **-$50,000.00** |

# EXHIBIT 2
# SOFA PART 2: NO. 4

**Insider Name:** Lelan Stice

**Address:** 300 E 3rd Street, Apartment 802, Little Rock, AR 72201-1648

**Dates and Amounts of Payments:**
April 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 01, 2025: $9,500.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 01, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 01, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 02, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 02, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 02, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 04, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 04, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
April 04, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
December 23, 2024: $5,000.00 (639 TRANSFER DEBIT Ref F6IXXS2 To *7208 expense reimbursement)
December 31, 2024: $7,000.00 (ELECTRONIC TRANSFER)
December 31, 2024: $20,000.00 (TRANSFER FROM X3939 TO X9829 PAYROLL)
December 31, 2024: $28,000.00 (CHECK PAID CHECK PAID CHECK)
February 05, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
February 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
February 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
February 18, 2025: $5,000.00 (ELECTRONIC TRANSFER)
February 18, 2025: $2,500.00 (ELECTRONIC TRANSFER)
February 18, 2025: $2,500.00 (ELECTRONIC TRANSFER)
February 21, 2025: $12,000.00 (ELECTRONIC TRANSFER)
February 21, 2025: $6,000.00 (ELECTRONIC TRANSFER)
February 21, 2025: $6,000.00 (ELECTRONIC TRANSFER)February 27, 2025: $0.00 (ELECTRONIC TRANSFER)
February 27, 2025: $13,000.00 (ELECTRONIC TRANSFER)
February 27, 2025: $13,000.00 (ELECTRONIC TRANSFER)
February 28, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
February 28, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
February 28, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 02, 2025: $100.00 (ELECTRONIC TRANSFER)
January 02, 2025: $200.00 (ELECTRONIC TRANSFER)
January 02, 2025: $9,500.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 02, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 02, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 02, 2025: $100.00 (ELECTRONIC TRANSFER)
January 02, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 02, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 03, 2025: $5,000.00 (TRANSFER FROM X0038 TO X9939 DRAW)
January 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 03, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 03, 2025: $10,000.00 (TRANSFER FROM X0038 TO X9939 DRAW)
January 03, 2025: $5,000.00 (TRANSFER FROM X0038 TO X9939 DRAW)
January 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 08, 2025: $9,000.00 (ELECTRONIC TRANSFER)
January 08, 2025: $3,000.00 (ELECTRONIC TRANSFER)
January 08, 2025: $3,000.00 (ELECTRONIC TRANSFER)
January 08, 2025: $24,000.00 (ELECTRONIC TRANSFER)
January 08, 2025: $9,000.00 (ELECTRONIC TRANSFER)
January 14, 2025: $5,000.00 (ELECTRONIC TRANSFER)
January 14, 2025: $10,000.00 (ELECTRONIC TRANSFER)
January 14, 2025: $5,000.00 (ELECTRONIC TRANSFER)
January 27, 2025: $3.50 (Ar.gov - *6843 - LELAN STICE)
January 27, 2025: $3.50 (Ar.gov - *6843 - LELAN STICE)
January 27, 2025: $0.00 (Ar.gov - *6843 - LELAN STICE)

RE: WHITEHALL PHARMACY LLC
PAGE 1

January 30, 2025: $6,000.00 (ELECTRONIC TRANSFER)
January 30, 2025: $12,000.00 (ELECTRONIC TRANSFER)
January 30, 2025: $6,000.00 (ELECTRONIC TRANSFER)
January 31, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $13,500.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
January 31, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 01, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 03, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
July 24, 2024: $10,000.00 (Transfer to Fairfield-Lelan paid off vehicle)
June 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
June 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
June 05, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 03, 2025: $9,500.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 03, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 03, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 03, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
March 05, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $13,500.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,750.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 01, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 05, 2025: $4,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 05, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 30, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
May 30, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436//Uncat//Rent)
May 30, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436//Uncat//Rent)
May 30, 2025: $2,000.00 (TRANSFER TO DDA ACCT NO. XXXX4436)
October 01, 2024: $2,000.00 (559 TRANSFER DEBIT Ref BWFBVJS To *7208)
October 17, 2024: $6,000.00 (CHECK 1042)
October 22, 2024: $5,000.00 (Acct Fund 10/22 CA OAKLAND CASH APP*LELAN E* SEQ# 956444 7641)
12 Monthly Payments to Stellantis Financial Services for 2023 Dodge Ram:  $15,468.00

**Total Amount Paid:** $469,875.00

**Payment Method:** Bank transfers, check, and/or electronic payments

**Reasons for Payments:**
- **Payments to Account Ending in 9939:** These payments were made directly to Mr. Lelan Stice and represent owner draws, reimbursements, and business-related expense payments.
- **Payments to Account Ending in 4436:** These payments were made to DOP Properties, LLC, the landlord for all real estate leased by Whitehall Pharmacy, LLC. Because Mr. Stice is the sole owner of DOP Properties, LLC, these payments are reported as indirect payments to him.
- **Payment for the 2023 Dodge Ram:** The vehicle, titled in Mr. Stice's individual name, is paid for by the company as an employee benefit.
- **Other Incidental Payments:** There may be additional incidental payments made to or on behalf of Mr. Stice for minor business-related expenses or reimbursements not separately categorized above.

**Relationship to Debtor:** Sole Owner

# EXHIBIT 3
# SOFA PART 6: NO. 13

**July 17, 2023:** $200.00 to Tiffany Powell (WHHS Senior Breakfast)
**July 27, 2023:** $1,500.00 to Arkansas Board of Pharmacy
**August 16, 2023:** $500.00 to Rotary Club of West Pine Bluff (Sponsorship-Hooten's)
**August 16, 2023:** $500.00 to Rotary Club of West Pine Bluff (Sponsorship-Hooten's)
**August 28, 2023:** $1,500.00 to Arkansas Board of Pharmacy
**September 27, 2023:** $1,500.00 to Unknown Recipient (No memo provided)
**January 11, 2024:** $1,500.00 to United Way of Southeast Arkansas
**January 29, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**February 09, 2024:** $1,200.00 to Unknown Recipient (CHECK 5074)
**February 26, 2024:** $8,000.00 to Southeast Arkansas College
**February 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**March 14, 2024:** $230.00 to White Hall School District
**March 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**April 22, 2024:** $500.00 to Rescue Road
**April 29, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**May 17, 2024:** $500.00 to Rescue Road
**May 28, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**June 27, 2024:(** $1,500.00 to Arkansas Board of Pharmacy
**July 29, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**August 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**September 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**October 15, 2024:** $1,200.00 to Ducks Unlimited
**October 28, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**November 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**December 27, 2024:** $1,500.00 to Arkansas Board of Pharmacy
**January 27, 2025:** $1,500.00 to Arkansas Board of Pharmacy
**February 11, 2025:** $425.00 to National Community
**February 27, 2025:** $1,500.00 to Arkansas Board of Pharmacy
**March 27, 2025:** $1,500.00 to Arkansas Board of Pharmacy
**April 28, 2025:** $1,500.00 to Arkansas Board of Pharmacy
**May 27, 2025:** $1,500.00 to Arkansas Board of Pharmacy
**June 27, 2025:** $1,500.00 to Arkansas Board of Pharmacy

**Recipients Relationship to Debtor:**
**Recipient:** Tiffany Powell - WHHS Senior Breakfast - No known personal relationship to debtor
**Recipient:** White Hall School District - Unrelated charitable or community organization
**Recipient:** Star City School District - Unrelated charitable or community organization
**Recipient:** Rotary Club of West Pine Bluff - Unrelated charitable or community organization
**Recipient:** United Way of Southwest Arkansas - Unrelated charitable organization

**Recipient:** Arkansas Board of Pharmacy - Regulatory agency/No known personal relationship
**Recipient:** Rescue Road - Unrelated charitable organization
**Recipient:** Ducks Unlimited - Unrelated charitable organization (Wetland and Waterfowl Conservation)
**Recipient:** Southeast Arkansas College - Unrelated charitable organization

**Note Regarding Recurring Charitable Contributions:**
The debtor has clarified that certain charitable contributions reflect long-term commitments rather than one-time donations. Specifically:

- A recurring **monthly donation of $1,500** to the **Arkansas Pharmacy Association** (not the Arkansas State Board of Pharmacy) was pledged for **five years** in response to a **building loss sustained during a Black Lives Matter riot**.
- A **$8,000 annual donation** to **Southeast Arkansas College** is part of a **$30,000 five-year pledge.** The most recent payment under this commitment was missed. Started in 2024

These recurring donations appear in the general ledger and balance sheets as regular monthly entries.

# EXHIBIT 4
## SOFA PART 8: NO. 15.1

**Doctor's Orders Pharmacy**
Address: 7240 Sheridan Rd., Ste 102, White Hall, AR 71602
State: AR20608
DEA: FW1381730
NPI: 1962636829
NCPDP: 0423157

**Doctor's Orders Pharmacy 2**
Address: 2302 W. 28th Ave., Ste B, Pine Bluff, AR 71603
State: AR20708
DEA: FD3742219
NPI: 1447590146
NCPDP: 0424274

**Doctor's Orders Pharmacy 3**
Address: 500 S. Lincoln Ave., Star City, AR 71667
State: AR20914
DEA: FD8792219
NPI: 1982254082
NCPDP: 0426711

**Doctor's Orders Pharmacy 4**
Address: 2701 E. Harding Ave., Pine Bluff, AR 71601
State: AR20973
DEA: FD2422272
NPI: 1285349530
NCPDP: 0427713

**Doctor's Orders Pharmacy 5**
Address: 4201 E. Kiehl Ave., Sherwood, AR 72120
State: AR20951
DEA: FD3444990
NPI: 1407635592
NCPDP: 0428513

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WHITEHALL PHARMACY LLC |
| United States Bankruptcy Court for the: | Eastern       District of  Arkansas |
| | (State) |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express PO Box 6031 Carol Stream, IL 60197 Account 4-14000 | N/A | Credit Card | | | | $62,462.80 |
| 2 | American Express PO Box 6031 Carol Stream, IL 60197 Account 03003 | N/A | Credit Card | | | | $769.68 |
| 3 | RiverBank a/k/a ARF Financial 433 North Camden Drive Suite 810 Beverly Hills, CA 90210 | Marie Lokmanyan 310-402-1600 mlokmanyan@arffinancial.com | Bank Loan LOC | | | | $219,875.74 |
| 4 | Chase Bank PO Box 15123 Wilmington, DE 19850-5123 Account 0681 | N/A | Credit Card | | | | $35,041.51 |
| 5 | National Community Pharmacy Association Affiniti Finance Inc 147 W 24th Street, Floor 4 New York, NY 1001 | N/A | Credit Card | | | | $90,288.61 |
| 6 | Jefferson Hospital Association, Inc. c/o Benjamin D. Jackson Mitchell, Williams, Selig, Gates & Woodyard PLLC 425 West Capitol Avenue, Suite 1800 Little Rock, AR 72201 | Benjamin D. Jackson 501-688-8800 bjackson@mwlaw.com | Contract | | | | $1,494,087.14 |
| 7 | SunRx 10181 Scripps Gateway Court San Diego, CA 92131 | Arnetta Steptoe asteptoe@sunrx.com | Supplies | | | | $1,157,238.59 |
| 8 | Bank of America - 8240 2219 W 28th Ave Pine Bluff, AR 71603 | N/A | Credit Card | | | | $75,845.67 |

Debtor  WHITEHALL PHARMACY LLC
_____
           Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

---

Fill in this information to identify the case:

Debtor name  WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the:  Eastern _____ District of  Arkansas
                                                                                    (State)

Case number (If known): _____

---

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................... | $ 0

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................ | $ 4,714,218.72

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................... | $ 4,714,218.72

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............... | $ 4,488,020.36

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... | $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... | + 2,915,734.00

4. **Total liabilities**................................................................................ | $ 7,403,754.36
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
|---|

Debtor name   WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the:_____ District of _____
                                                                              (State)

Case number (if known):   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $ 0

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Exhibit 1 Attached | | _ _ _ _ | $177,417.31 |
| 3.2. | | _ _ _ _ | $ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | $ 0 |
|---|---|
| 4.2. | $ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 177,417.31

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Debtor    WHITEHALL PHARMACY LLC _____    Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                         $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                             Current value of debtor's
                                                                             interest

11. **Accounts receivable**

    | | | | | |
    |---|---|---|---|---|
    | 11a. 90 days old or less: | $1,186,204.99 | − | 0 | = ......→ | $ 1,186,204.99 |
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11b. Over 90 days old: | $1,360.80 | − | $1,360.80 | = ......→ | $ 0 |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,186,204.99

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                   Valuation method          Current value of debtor's
                                                   used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____          _____          $_____

    14.2. _____          _____          $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1._____            _____%                 $_____

    15.2._____            _____%                 $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____            _____          $_____

    16.2._____            _____          $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____

---

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ 0 |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ 0 |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ 0 |
| **22. Other inventory or supplies** | | | | |
| OTC and Rx Inventory | _____ MM / DD / YYYY | $ $646,200.00 | Acquisition Cost | $ $646,200.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ $646,200.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops—either planted or harvested** | | | | |
| _____ | | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | | |
| _____ | | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| _____ | | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| _____ | | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |
| _____ | | $ _____ | | $ _____ |

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** <br> See 41 | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> See 41 | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Furniture and Equipment Combined per 2024 Balance Sheet | $ 1,201,973.67 | Receipts and Acquisition Cost | $ 1,201,973.67 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,201,973.67

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor      WHITEHALL PHARMACY LLC
            _____              Case number (if known)_____
            Name

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Chevrolet Sonic - VIN 2017 | $ 4,000 | KBB | $ 4,000 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ 0 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ 0 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ 0 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 4,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor _____WHITEHALL PHARMACY LLC_____  Case number (if known)_____
              Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) |
|---|---|---|
| | Name | |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☐ No
- ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ = → $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Omnicell - Breach of Contract and other potential claims
Jefferson Hospital Association, Inc. - Various Tort and Contract Claims and Accounting   $  1,500,000.00
**Nature of claim**   _____
**Amount requested**   Apx $ 1,500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____
**Nature of claim**   _____
**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $  1,500,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    WHITEHALL PHARMACY LLC
_____          Case number (if known)_____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 177,417.31 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $ 0 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $ 1,186,204.99 | |
| 83. Investments. Copy line 17, Part 4. | $ 0 | |
| 84. Inventory. Copy line 23, Part 5. | $ 646,200.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 1,201,973.67 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 4,000 | |
| 88. Real property. Copy line 56, Part 9. . ......................................➔ | | $ 0 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $ 0 | |
| 90. All other assets. Copy line 78, Part 11. | + $ 1,500,000.00 | |
| 91. Total. Add lines 80 through 90 for each column............................. 91a. | $ 4,715,795.97   + 91b. | $ 0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. .................................................................................  $ 4,715,795.97

**EXHIBIT 1**
**LIST OF BANK ACCOUNTS**
**Whitehall Pharmacy LLC**

| Bank Name | Type of Account | Account Number | Balance |
|---|---|---|---|
| Relyance Bank | Checking | 6460 | $4,603.92 |
| Relyance Bank | Checking | 1610 | $0.00 |
| Relyance Bank | Checking | 6457 | $4,462.78 |
| Relyance Bank | Checking | 1623 | $7,352.60 |
| Stone Bank | Checking | 9829 | $19,192.83 |
| Stone Bank | Checking | 0027 | $19,683.54 |
| Stone Bank | Checking | 0038 | $35,780.73 |
| Stone Bank | Checking | 3939 | $70,047.05 |
| Regions Bank | Checking | 2520 | $2,500.00 |
| Connect Bank | Checking | 8393 | $12,217.61 |
| Bank of America | Checking | 1886 | $1,576.25 |
| | | **Total** | **$177,417.31** |

## EXHIBIT 1
## SCHEDULE D: SECURED CREDITORS

### 1. ARKANSAS FEDERAL CREDIT UNION
- **Account No.:** 3513
- **Amount Owed:** $520,000.00
- **UCC Filing ID:** 40000281830642
- **Date Filed:** 12/22/2023
- **Expiration Date:** 12/22/2028
- Secured Party's Address: 17500 Cantrell RD, Little Rock, AR 72223
- Contact of Filer: Becky Higgs, rhiggs@afcu.org, AFCU, PO Box 24410, Little Rock, AR 72221
- Debtor(s): WHITEHALL PHARMACY LLC
- Debtor's Address: 205 E 2nd St, Suite A, Pine Bluff, AR 71601
- Collateral: Purchase money security interest in equipment more particularly described as a solar grid-tied photovoltaic system with DC nameplate rating of 232.2 kW made up of 494 Tier 1 modules on a fixed tilt ground mount system. The system includes standard electrical conduit, wiring, DC disconnect, AC disconnect, equipment grounding, and all other electrical components necessary for a fully operating system. The mounting system is anodized aluminum, and all hardware is stainless steel. All electrical components are UL listed and all DC equipment is rated at 1000V DC. Above described solar energy system is listed on invoice dated August 22, 2023 between SealSolar Energy Solutions and Whitehall Pharmacy, LLC located at 205 E 2nd Street, Pine Bluff, AR 71601.

### 2. C T CORPORATION SYSTEM, AS REPRESENTATIVE
### (FOX FUNDING GROUP LLC)
- **Account No.:**
- **Amount Owed:**  $350,000.00
- **UCC Filing ID:** 40000312308182
- **Date Filed:** 7/8/2025
- **Expiration Date:** 7/8/2030
- Secured Party's Address: 330 N Brand Blvd, Suite 700, Glendale, CA 91203
- Contact of Filer: Lien Solutions 800-331-3282, uccfilingreturn@wolterskluwer.com, CT Corporation Systems, 2929 Allen Parkway, Suite 3300, Texas 77209
- Debtor(s): WHITEHALL PHARMACY LLC
- Debtor's Address: 7240 Sheridan Rd, White Hall, AR, 71602
- Collateral: This financing statement covers the following Collateral: all Debtor's present and future accounts and the direct and indirect proceeds thereof. Notice pursuant to an agreement between Debtor and Secured Party, Debtor has agreed not to further encumber the Collateral described herein. The further encumbering of which may constitute the tortious interference with the Secured Party's right by such encumbrances. In the event that any entity is granted a security interest in Debtor's accounts, chattel paper or general intangibles contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

## 3. CARDINAL HEALTH
- **Account No.:** 9007, 9260, 0885, 8920, 6625, 7281, 4008, 4009, 4010, 4011
- **Amount Owed:** $1,400,000.00
- **UCC Filing ID:** 4000000042280 (Initial – 8/19/2009 – Exp. 8/19/2014)
- **UCC Filing ID:** 40000093193756 (Continuation – 7/23/2014 – Exp. 8/19/2019)
- **UCC Filing ID:** 40000191749499 (Continuation – 7/19/2019 – Exp. 8/19/2024)
- **UCC Filing ID:** 40000291686834 (Continuation – 6/20/2024 – Exp. 6/20/2029)
- Secured Party's Address: 7000 Cardinal Place, Dublin, OH 43017
- Contact of Filer: Corporation Service Company, 2710 Gateway Oaksdrsuit 150N, Sacremento, CA 95833
- Debtor(s): WHITEHALL PHARMACY LLC
- Debtor's Address: 1600 W Holland St, Ste 101A, Whitehall, AR 71602
- Collateral: All goods, equipment, inventory, accounts, accounts receivable, chattel paper, instruments, investment property and all general intangibles, books and records, computer programs and records, and other personal property, tangible or intangible, related to any of the foregoing (including, without limitation, all prescription files, patient lists, signs, appliances, cash registers, computers, computer software, shelving, check-out counters, compressors, freezers, coolers, display cases, customer records, sundries, tobacco products, prescription and over-the-counter pharmaceutical products, health and beauty aids, home healthcare products and general merchandise and supplies); all accessions and additions to, substitutions for, and replacements of any of the foregoing; all proceeds or products of any of the foregoing; and all rights to payments under any insurance or warranty, guaranty, or indemnity payable with respect to any of the foregoing (collectively the "Collateral").

## 4. GATEWAY BANK
- **Account No.:** 0097
- **Amount Owed:** $150,000.00
- **UCC Filing ID:** 40000265273776
- **Date Filed:** 2/9/2023
- **Expiration Date:** 2/9/2028
- Secured Party's Address: 112 Main Street, Rison, AR 71665
- Contact of Filer: Gateway Bank, PO Box 345, Rison, AR 71665
- Debtor(s): WHITEHALL PHARMACY LLC
- Debtor's Address: 2302 W 28yh Avenue, Pine Bluff, AR 71603
- Collateral: All equipment, inventory, accounts receivable, furniture, and fixtures; with all parts, attachments, and accessions thereto located at 2701 E Harding, Pine Bluff, AR 71601; whether any of the foregoing is owned now or acquired later; all additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to the foregoing.

## 5. RIVERBANK

- **Account No:** 7099
- **Amount Owed:** $219,875.74
- **UCC Filing ID:** 40000301904314
- **Date Filed:** 1/15/2025
- **Expiration Date:** 1/15/2030
- Secured Party's Address: 202 East Spokane Falls Blvd, Suite 201, Spokane, WA 99202
- Contact of Filer: CSC - 800-858-5294, arsosuccfilingsv3@cscglobal.com, Corporation Service Company, 2710 Gateway Oaksdrsuit 150N, Sacramento, CA 95833
- Debtor(s): WHITEHALL PHARMACY LLC
- Debtor's Address: 7240 Sheridan Rd, Ste 102, White Hall, AR 71602
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 7240 Sheridan Rd, Ste 102, White Hall, AR 71602
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 3028 E Woodson Lateral RD, Hensley, AR 72065
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 2302 W 28th Ave, Ste B, Pine Bluff, AR 71603
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 500 S Lincoln Ave, Star City, AR 71667
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 2701 E Harding Ave, Pine Bluff, AR 71601
- Debtor(s): DOCTOR'S ORDERS PHARMACY
- Debtor's Address: 5900 Dollarway Rd, White Hall, AR 71602
- Collateral: All of Debtor's now existing or hereafter created or arising personal property including, without limitation, all of Debtor's accounts; deposit accounts; documents; general intangibles, goods, equipment, inventory, fixtures, instruments, money, securities accounts; supporting obligations; property of Debtor held by Secured Party or any other party for whom Secured Party is acting as agent, including, without limitation, all property of every description now or hereafter in the possession or custody of or in transit to Secured Party or such other party for any purpose, including, without limitation, safekeeping, collection or pledge, for the account of Debtor or as to which Debtor may have any right or power; other goods and personal property of Debtor, wherever located, whether tangible or intangible, and whether now owned or hereafter acquired, existing, leased or consigned by or to Debtor; and, to the extent not otherwise included, all proceeds of each of the foregoing and all accessions to, substitutions and replacements for and rents, profits and products of each of the foregoing. Capitalized terms used herein shall have the meaning set forth in the Uniform Commercial Code. Debtor's rights to payment with servicers ("Card Servicers") under its agreements ("Card Service Agreements") for payment in respect of amounts directly or indirectly due to Debtor for goods and services provided where payment is made by credit, charge, debit or similar cards shall be deemed to be accounts of debtor for all purposes hereunder. Notice to prospective creditors: the Debtor has agreed with Secured Party not to transfer or further encumber the Collateral described herein and to incur no further debt or obligations until the obligations due under Debtor's agreement with Secured Party are satisfied and paid in full. Any party who takes an interest in the Collateral or causes Debtor to violate its

agreements with Secured Party is interfering with Secured Party's contractual agreement with Debtor to Secured Party's detriment and will be subject to legal action.

## 6. STONE BANK

**Account No.:** 1675
**Amount Owed:** $1,348,144.62

**Account No.:** 3738
**Amount Owed:** $500,000.00

- **UCC Filing ID:** 40000198938284 (Initial – 12/12/2019 – Exp. 12/12/2024)
- **UCC Filing ID:** 40000291222456 (Continuation – 6/12/2024 – Exp. 6/12/2029)
- Secured Party's Address: PO Box 2750, Mountain View, AR 72560
- Contact of Filer: Ozark Heritage Bank, PO Box 2750, 802 E. Main St., Mountain View, AR 72560
- Debtor(s): WHITEHALL PHARMACY, LLC
- Debtor's Address: 22 Elmwood Cir, Pine Bluff, AR 71603
- Collateral: Purchase money security interest in all inventory to be purchased by Whitehall Pharmacy, LLC and 1st UCC lien on all furniture, fixtures, equipment, inventory, accounts receivable, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper, licenses, leases and general intangibles, including all trade names and trade styles and all additions, accessions, modifications, improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired or arising, and the proceeds, products and income of any of the foregoing, including insurance proceeds.

**-AND-**

- **UCC Filing ID:** 40000255218673 (Initial – 7/28/2022 – Exp. 7/28/2027)
- Secured Party's Address: PO Box 1513, Harrison, AR 72601
- Contact of Filer: Sone Bank, PO Box 1513, Harrison, AR 72601
- Debtor(s): WHITEHALL PHARMACY LLC; DOP PROPERTIES LLC
- Debtor's Address: 22 Elmwood Cir, Pine Bluff, AR 71603 (for both debtors)
- Collateral: All accounts receivable, instruments, contract rights, and other rights to receive payment, whether now owned or hereafter acquired or arising. All other rights to payment: all rights to payments, of money, patents, chattel paper, licenses, leases and general intangibles whether or not earned by performance, including but not limited to, payment for property or services sold, leased, rented, licensed or assigned and all of Debtor's books and records relating to any of the foregoing. This includes any rights and interest (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of debtor. All existing receivables and later arising accounts receivable, chattel paper, contract rights, rights to payment and other obligations owed to Borrower in connection with its sale or lease of goods (including licensing software and

other technology) or provision of services, along with all credit insurance, guaranties, letters of credit or other security associated therewith and all merchandise returned or reclaimed by Borrower relating to any of the foregoing and any proceeds. All inventory purchased by Whitehall Pharmacy, LLC. All inventory including but not limited to the following: All goods, raw materials, software and farm products, work in progress, or materials used or consumed in the business. All parts, attachments, accessories, repairs, improvements and accessions thereto; all leased inventory, held by person for sale or lease or to be furnished under a contract of service, additions, replacements. And substitutions relating to any of the foregoing; All records of any kind relating to any of the foregoing; all proceeds related to any of the foregoing including: insurance, general intangibles and accounts proceeds, including whatever is acquired upon the sale, lease, exchange, or other disposition of collateral, proceeds collected on or disbursed on account of said Collateral, rights arising out of Collateral, insurance payable by reason of loss or nonconformity of, defects or infringement of rights in, or damage to the Collateral. Purchase money security interest in goods being purchased and sold. To be located at 22 Elmwood Circle, Pine Bluff, AR 71603, Or wherever located in the future. All fixtures, all goods now or in the future affixed or attached to real estate.

## -AND-

- **UCC Filing ID:** 40000271750420 (Initial – 5/31/2023 – Exp. 5/31/2028)
- Secured Party's Address: PO Box 2750, 802 E. Main St., Mountain View, AR 72560
- Contact of Filer: Stone Bank, PO Box 2750, 802 E. Main St., Mountain View, AR 72560
- Debtor(s): WHITEHALL PHARMACY, LLC
- Debtor's Address: 300 E 3rd #101, Little Rock, AR 72201
- Collateral: All accounts receivable, instruments, contract rights, and other rights to receive payment, whether now owned or hereafter acquired or arising. All other rights to payment: all rights to payments, of money, patents, chattel paper, licenses, leases and general intangibles whether or not earned by performance, including but not limited to, payment for property or services sold, leased, rented, licensed or assigned and all of Debtor's books and records relating to any of the foregoing. This includes any rights and interest (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of Debtor. All existing receivables and later arising accounts receivable, chattel paper, contract rights, rights to payment and other obligations owed to Borrower in connection with its sale or lease of goods (including licensing software and other technology) or provision of services, along with all credit insurance, guaranties, letters or other security associated therewith and all merchandise returned or reclaimed by Borrower relating to any of the foregoing and any proceeds. All inventory purchased by Whitehall Pharmacy, LLC, all inventory including but not limited to the following: all goods, raw materials, software and farm products, work in process, or materials used or consumed in the business. All parts, attachments, accessories, repairs, Improvements and accessions thereto; all leased inventory, held by person for sale or lease or to be furnished under a contract of service, additions, replacements and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds related to any of the foregoing including: insurance, general intangibles and accounts proceeds,

including whatever is acquired upon the sale, lease, exchange, or other disposition of collateral, proceeds collected on or disbursed on account of said Collateral, rights arising out of Collateral, insurance payable by reason of loss or nonconformity of, defects or infringement of rights in, or damage to the Collateral. Purchase money security interest in goods being purchased and sold. To be located at 300 E 3rd #101, Little Rock, AR 72201 or wherever located in the future. All furniture, fixtures, equipment, and inventory including all parts, attachments, and accessions thereto; all additions, replacements, and substitutions relating to any of the foregoing; all records of any kind related to any of the foregoing; all proceeds related to any of the foregoing (including insurance, general intangibles and accounts proceeds) to be located at 300 E 3rd #101, Little Rock, AR 72201 or wherever located in the future.

| Fill in this information to identify the case: |
|---|

Debtor name _WHITEHALL PHARMACY LLC_

United States Bankruptcy Court for the: _____ District of _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A Amount of claim. Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
**Arkansas Federal Credit Union**

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
See Exhibit 1 Attached
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 520,000.00          $ U/K

**2.2** Creditor's name
**CT Corporation System, As Representative - Fox Funding Group, LLC**

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
See Exhibit 1 Attached
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ $350,000.00          $ U/K

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          4,488,020.36

Debtor   WHITEHALL PHARMACY LLC
_____    Case number (if known)_____
         Name

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  **Creditor's name**

Cardinal Health

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Exhibit 1 Attached _____  $ $1,400,000.00  $ U/K

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  **Creditor's name**

Gateway Bank

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Exhibit 1 Attached _____  $ 150,000.00  $ U/K

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | WHITEHALL PHARMACY LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| RiverBank        See Exhibit 1 Attached<br>$219,875.74 | Line 2. ___ | ___ ___ ___ ___ |
| Stone Bank       See Exhibit 1 Attached<br>$1,848,144.62 | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor          WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the: _____   District of _____
                                                                                    (State)

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 607(a) (_____)

Debtor __WHITEHALL PHARMACY LLC_____    Case number (if known)_____
                 Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Total claim**    **Priority amount**

**2.__ Priority creditor's name and mailing address**    $_____    $_____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account number** ___ ___ ___ ___    **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.__ Priority creditor's name and mailing address**    $_____    $_____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account number** ___ ___ ___ ___    **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.__ Priority creditor's name and mailing address**    $_____    $_____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account number** ___ ___ ___ ___    **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.__ Priority creditor's name and mailing address**    $_____    $_____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
_____    _____

**Last 4 digits of account number** ___ ___ ___ ___    **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor ___WHITEHALL PHARMACY LLC_____    Case number (*if known*)_____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**

American Express
PO Box 6031
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$  $62,462.80**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          4000

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

American Express
PO Box 6031
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$  769.68**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          3003

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

Bank of America - 8240
2219 W 28th Ave
Pine Bluff, AR 71603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$  $75,845.67**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          8240

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$  35,041.51**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          0681

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

National Community
Pharmacy Association
147 W 24th Street, Floor 4
New York, NY 1001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$  90,288.61**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

Jefferson Hospital Association, Inc.
c/o Benjamin D. Jackson
Michell, Williams, Selig, Gates & Woodyard PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$  1,494,087.14**

Basis for the claim: _____

Date or dates debt was incurred        Various Dates
Last 4 digits of account number          _ _ _ _

Is the claim subject to offset?
☐ No
☒ Yes

Debtor   WHITEHALL PHARMACY LLC                              Case number (if known)_____
         Name

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

3.___ Nonpriority creditor's name and mailing address

SunRx
10181 Scripps Gateway Court
San Diego, CA 92131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$   1,157,238.59

Basis for the claim: _____

Date or dates debt was incurred   Various Dates

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor   WHITEHALL PHARMACY LLC
_____   Case number (if known)_____
         Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____WHITEHALL PHARMACY LLC_____    Case number (if known)_____
              Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

4.__ _____
     _____    Line ____
     _____    ❑ Not listed. Explain _____    __ __ __ __
     _____      _____

Debtor  WHITEHALL PHARMACY LLC
_____
Name

Case number (if known)_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

<table>
<tr><td></td><td></td><td>**Total of claim amounts**</td></tr>
<tr><td>5a. **Total claims from Part 1**</td><td>5a.</td><td>$ 0</td></tr>
<tr><td>5b. **Total claims from Part 2**</td><td>5b. **+**</td><td>$ 2,915,734.00</td></tr>
<tr><td>5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c.</td><td>5c.</td><td>$ 2,915,734.00</td></tr>
</table>

| Fill in this information to identify the case: |
|---|

Debtor name    WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the:_____  District of _____
                                                                                      (State)

Case number (If known):  _____  Chapter _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for pharmacy premises at: <br> • 205 E 2nd Ave, Pine Bluff, AR 71601 | DOP Properties LLC <br> 22 Elmwood Cir, Pine Bluff, AR 71603 |
| | State the term remaining | Year-to-Year - From January to January | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for pharmacy premises at: <br> • 7240 Sheridan Rd, White Hall, AR 71602 | DOP Properties LLC <br> 22 Elmwood Cir, Pine Bluff, AR 71603 |
| | State the term remaining | Year-to-Year - From January to January | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for pharmacy premises at: <br> • 2701 E Harding Ave, Pine Bluff, AR 71601 | DOP Properties LLC <br> 22 Elmwood Cir, Pine Bluff, AR 71603 |
| | State the term remaining | Year-to-Year - From January to January | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for pharmacy premises at: <br> • 2302 W 28th Ave, Pine Bluff, AR 71603 | DOP Properties LLC <br> 22 Elmwood Cir, Pine Bluff, AR 71603 |
| | State the term remaining | Year-to-Year - From January to January | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___WHITEHALL PHARMACY LLC_____   Case number (if known)_____
           Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
|---|

Debtor name   WHITEHALL PHARMACY LLC

United States Bankruptcy Court for the:  Eastern _____ District of  Arkansas
_____  (State)

Case number (if known):  _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  DOP Properties, LLC | 22 Elmwood Cir.<br>Street<br><br>Pine Bluff, AR 71603<br>City          State          ZIP Code | Stone Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    WHITEHALL PHARMACY LLC
_____
Name

Case number (if known)_____

## Additional Page If Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*  | *Column 2: Creditor*

**Name**  **Mailing address**  |  **Name**  *Check all schedules that apply:*

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

2.___ _____  Street_____  | _____  ❑ D  ❑ E/F  ❑ G
City    State    ZIP Code

Fill in this information to identify the case and this filing:

Debtor Name __WHITEHALL PHARMACY LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Arkansas__
                                                                                 (State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Exhibits Attached to Schedules__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/21/2025__            ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

__FLOYD LELAN STICE__
Printed name

__Sole Owner__
Position or relationship to debtor